UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIAS AWAD,

        Plaintiff,

Case No.    11-14082

HONORABLE AVERN COHN

v.

CHRYSLER GROUP LLC.,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on October 29, 2013 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: October 29, 2013        By: s/ Sakne Chami
                                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 29, 2013, by electronic and/or ordinary mail.

                                          s/Sakne Chami
                                          Case Manager, (313) 234-5160